RECEIVED
□ 17 2015
BY MAIL

Dec. 13, 2015

Case #
4:15 CR 00447-JAR/NAB

ON Thursday Dec. 10, 2015 I, Arberdella Hurd was in your courtRoom for a court matter.

I do not remember alot on this date because I was under the influence of several medications for a bad kidney infection for which I had blood in my urine, 102° fever, low postassium levels of zero. Very light headed Highly dehighdrated.

I was truely unaware of what was happening due to the sickness.

My court date should have been canceled and reset.

Atty. Public Defender Diane Dragon was aware of my sickness days before and she could have changed the date.

I am asking to ~~appear~~ return back in front of the Judge.

From: A. Hurd
#5 Basler Drive
Ste. Genevieve, Mo.
63670

RECEIVED

DEC 17 2015

BY MAIL

Mailed from
Ste. Genevieve County
Detention Center

Legal

FOREVER
USA

*Bank Swallow*

To: Honorable Judge Baker
Court Clerk office
111 South 10th. Street
St. Louis, Mo. 63102

631028112S C009